**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: June 30, 2017**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | **CANDACE XAVIER SMITH,** | : | Case No. 17-54114 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge John E. Hoffman, Jr. |

### ORDER IMPLEMENTING WAGE DEDUCTION
### BY EMPLOYER TO WITHHOLD AND TRANSMIT

Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the United States Bankruptcy Code, this Court now comes to establish an appropriate amount of money to be withheld from wages of the Debtor in order to facilitate compliance with plan of the Debtor. The employer is not authorized to deduct any administrative expenses or service fees for this deduction. Based upon the foregoing and the terms of the plan of the Debtor, and pursuant to 11 U.S.C. Section 1325(b), it is hereby:

**ORDERED** that the employer of the Debtor deduct the amount indicated below from wages of the Debtor and timely send that sum along with the name, case number and social security number of the Debtor to:

### CHAPTER 13 TRUSTEE
### P.O. BOX 1718
### Memphis, TN 38101-1718

It is further ORDERED that the Chapter 13 Trustee apply the funds to the payment schedule of the plan of the Debtor;

      It is further ORDERED that pursuant to 11 U.S.C. Section 1325, deductions shall remain in effect without further order of this Court, but that deductions may terminate only upon appropriate notice to the employer of the Debtor.

|  |  |  |  |
|---|---|---|---|
| EMPLOYER: | Ohio Health | | |
| | Attn: Payroll Department | | |
| | 180 East Broad Street | | |
| | Columbus, Ohio 43215 | | |
| | | | |
| DEDUCTION: | $53.08 | WEEKLY | |
| | $106.15 | BI-WEEKLY | |
| | $115.00 | SEMI-MONTHLY | |
| | $230.00 | MONTHLY | |

IT IS SO ORDERED.

Copies to: Default List

Ohio Health, Attn: Payroll Department, 180 East Broad Street, Columbus, Ohio 43215

                                                    In re: Smith – Case No. 17-54114

                              ###